UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY S. OZERITIES,

       Plaintiff,        CIVIL ACTION NO. 13-cv-11911

vs.

COMMISSIONER OF        MAGISTRATE JUDGE MONA K. MAJZOUB
SOCIAL SECURITY,

       Defendant.
_____/

## JUDGMENT

In accordance with the Court's "Opinion and Order" dated May 28, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Timothy S. Ozerities.

Dated: May 28, 2014        s/ Mona K. Majzoub
                                    MONA K. MAJZOUB
                                    UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: May 28, 2014        s/ Lisa C. Bartlett
                                    Case Manager